FILED

2006 Nov-06 PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA



# Memorandum

| Subject | | Date |
|---|---|---|
| Writ of Habeas Corpus<br>2:06-CR-505-RDP-PWG | | November 6, 2006 |

| To | Clerk of the Court<br>Northern District of Alabama | From | E. Vincent Carroll<br>Assistant U.S. Attorney |
|---|---|---|---|

Please cause a Writ of Habeas Corpus Ad Prosequendum to be issued to the Warden at Jefferson

County Jail, Birmingham, AL, for Johnathan Phillip Perry, to appear in this court for arraignment on

Tuesday, November 14, 2006 at 9:30 a.m.

cc: USMS