## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) CASE NO.: 2:06-CR-505-RDP-PWG |
| | ) |
| JOHNATHAN PHILLIP PERRY, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S REQUEST FOR DISCLOSURE

The defendant hereby requests that the government: (please check appropriate block):

__X__ A.  Permit defendant to inspect and copy or photograph all statements of the defendant as provided in the Federal Rules of Criminal Procedure, Rule 16(a)(1)(A).

__X__ B.  Furnish defendant with a copy of defendant's prior criminal record as provided in the Federal Rules of Criminal Procedure, Rule 16(a)(1)(B).

__X__ C.*  Permit defendant to inspect and copy or photograph all documents and tangible objects as provided in the Federal Rules of Criminal Procedure, Rule 16(a)(1)(C).

__X__ D.*  Permit defendant to inspect and copy or photograph all results or reports of examinations, tests, and experiments as provided in the Federal Rules of Criminal Procedure, Rule 16(a)(1)(D). CAUTION: See * below.

__X__ E.  Provide defendant with all exculpatory or otherwise favorable information as provided in cases such as Brady v. Maryland, Giles v. Maryland, Giglio v. United States & Williams v. Dutton.

__X__ F.  Furnish defendant with a copy of all statements of government witnesses as provided in 18 U.S.C. 3500.

__X__ G.  (Special discovery requested).

Date Signed:  November 20, 2006

Date Served:  November 20, 2006

S/MICHAEL P. HANLE
Attorney for Defendant
1330 21st Way South, Suite 200
Birmingham, Alabama 35205
Telephone: (205) 930-9717
hanlelaw@bellsouth.net

*NOTE: A request under Federal Rules of Criminal Procedure, Rule 16(a)(1)(C) or (D) may subject defendant to requirement of disclosure of information to the government under Rule 16(b).