### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | CASE NO.: 2:06-CR-505-RDP-PWG |
| ) | |
| JOHNATHAN PHILLIP PERRY, ) | |
| ) | |
| **Defendant.** ) | |

### MOTION FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION

NOW INTO COURT, comes undersigned counsel for the Defendant, and out of an abundance of caution files this Motion for Psychiatric or Psychological examination, and asks that this Honorable Court consider and grant this Motion and thereafter order the Defendant evaluated to determine his competency to enter a guilty plea in this matter, and in support thereof states as follows:

1. The Defendant, Johnathan Phillip Perry, has been indicted for violations of 18 U.S.C. 2422(b) and 18 U.S.C. 2423(b).

2. Prior to the entry of a plea in this matter, undersigned counsel is obligated to inform the Defendant of the facts and circumstances surrounding his plea of guilt, including the nature and elements of the offenses, the maximum and minimum range of punishment for said offenses, and the guidelines applicable to said offenses and his Constitutional rights.

3. Undersigned counsel has met with the Defendant on several occasions to discuss the facts of this case, his rights concerning a trial and possible defenses to same, the application of the sentencing guidelines and generally to give him counsel.

4. Undersigned counsel is of the opinion that the Defendant does not have the ability to understand the nature of the proceedings to a degree necessary for this Court to accept his plea.

5. Undersigned counsel has discussed his concerns regarding the Defendant's current mental health status with United States Probation Officer Alton Morgado who encouraged the filing of this motion based on his interview with the Defendant.

6. Based on a sound professional belief, undersigned counsel respectfully moves this Honorable Court under the provisions of Rule 12.2(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. 4241(a) to order a mental examination of the Defendant to determine his competency to enter a guilty plea in these proceedings.

PREMISES CONSIDERED, it is respectfully requests that a psychiatric or psychological examination be made of the Defendant under the provision of Title 18, United States Code, Section 4241, et seq. to determine the Defendants competency to proceed.

RESPECTFULLY REQUESTED:

_____
s/MICHAEL P. HANLE
Attorney for Defendant
1330 21st Way South, Suite 200
Birmingham, Alabama 35205
Telephone: 205/930-9717
E-mail: hanlelaw@bellsouth.net

CERTIFICATE OF SERVICE

I hereby certify that on the 15h day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Honorable E. Vincent Carroll
Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, Alabama 35203

U.S. Probation Office
1729 Fifth Avenue North, Room 200
Birmingham, Alabama 35203

_____
s/Michael P. Hanle