# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | 2:06-CR-00505-RDP-PWG |
| ) | |
| JOHNATHAN PHILLIP PERRY ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR DISCLOSURE

COMES NOW the United States of America, by and through its counsel, Alice H. Martin, United States Attorney for the Northern District of Alabama, and E. Vincent Carroll, Assistant United States Attorney, and responds to Defendant's Request for Disclosure as follows in paragraphs lettered to correspond to those of said request:

A). Defense counsel has previously been furnished with these documents, and such documents have been made available for inspection and review by defense counsel.

B). Defendant's prior criminal history has been furnished to defense counsel.

C). Defense counsel has previously been provided with copies of certain

documents, and has been given an opportunity to inspect and/or copy all documents and tangible objects, and such items are available for inspection by prior appointment at the office of the Federal Bureau of Investigation in Birmingham.

D). Defense counsel has been given an opportunity to inspect and/or copy or photograph all results and reports of examinations, tests, and experiments as provided in Rule 16(a)(1)(F), F.R.Crim.P.

E). Undersigned counsel for the government is unaware of exculpatory or otherwise favorable material.

F). Title 18, United States Code, Section 3500 will be complied with upon timely and specific requests after the government witness has testified on direct examination in the trial of the case.

G). Although defense counsel indicated a special discovery request on the standard discovery request form, no special discovery request is identified. The Government will respond to any special discovery request when made by defense counsel.

## RECIPROCAL DISCOVERY REQUEST

The United States requests that the defendant provide the following:

1. Books, papers, documents, tangible objects, or copies or portions thereof,

which are in the possession, custody or control of the defendant and which the defendant intends to introduce as evidence in chief at trial, in accordance with Rule 16(b)(1)(A), Fed.R.Crim.P.

2. Any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at trial or which were prepared by a witness the defendant intends to call at trial when the results or reports relate to his testimony, in accordance with Rule 16(b)(1)(B), Fed.R.Crim.P.

Respectfully submitted this the 15th day of December, 2006.

                                            ALICE H. MARTIN
                                            United States Attorney

                                              /s/
                                            E. VINCENT CARROLL
                                            Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the defendant's counsel of record:

>Michael P. Hanle, Esq.
>1330 21st Way South, Suite 200
>Birmingham, AL 35205

/s/
E. VINCENT CARROLL
Assistant United States Attorney