# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **2:06-CR-00505-RDP-PWG** |
| | ) | |
| | ) | |
| **JOHNATHAN PHILLIP PERRY** | ) | |

## MOTION FOR SPECIAL ADMISSION PRO HAC VICE

Comes now Tennessee Assistant Attorney General Douglas Earl Dimond and respectfully moves this Court pursuant to Local Rule 83.1(b) to grant him special admission to appear pro hac vice on behalf of the State of Tennessee, Department of Children's Services, a non-party state agency that has been ordered to release confidential records by this Court. Mr. Dimond would show that he is an attorney licensed to practice law in the State of Tennessee and is a member in good standing of the Tennessee Bar. His Tennessee Board of Professional Responsibility (BPR) number is 17953. Mr. Dimond's address is P. O. Box 20207, Nashville, TN 37202. Mr. Dimond will represent the State of Tennessee for the duration of the proceedings in this matter that affect the State of Tennessee. Mr. Dimond agrees to be subject to the orders of this court and amenable to the disciplinary action and the civil jurisdiction of the United States District Court for the Northern

District of Alabama. Because Mr. Dimond represents a governmental agency, it is respectfully requested that the fee for this pro hac vice appearance be waived by special order of the court. *See* Local Rule 83.1(b).

        Respectfully submitted,

        ROBERT E. COOPER, JR.
        Attorney General and Reporter

        s/ Doug E. Dimond
        DOUGLAS EARL DIMOND (BPR #17953)
        Senior Counsel
        General Civil Division
        P.O. Box 20207
        Nashville, TN 37202
        (615) 532-7913

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 29, 2006, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. These parties include:

  Michael P. Hanle
  Attorney for Defendant
  1330 21st Way South, Suite 200
  Birmingham, AL 35205

  E. Vincent Carroll
  U.S. Attorney's Office
  1801 4th Avenue North
  Birmingham, AL 35203

          s/ Doug E. Dimond
          DOUGLAS EARL DIMOND (BPR #17953)
          Senior Counsel