**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | CASE NO. 2:06-CR-505-RDP-PWG |
| | ) | |
| JOHNATHAN PHILLIP PERRY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S OBJECTION TO PRE-SENTENCE REPORT

Comes now the Defendant, **JOHNATHAN PHILLIP PERRY,** by and through undersigned counsel, and respectfully files these Objection to the findings and recommendations contained in the Pre-Sentence Report prepared by the United States Probation Office, and with particularity sets forth the following objections:

1.      The Defendant objects to the contents of Paragraph 6, on Page 6 of the Report in as much as that paragraph sets forth a victim loss of $5,000.00.  The Defendant respectfully requests that said amount be stricken from the Report based on the victim's failure to properly document said amount with receipts and records.

2.      The Defendant objects to the contents of Paragraph 19, on Page 7 of the Report which calls for an increase of five (5) offense levels based on the probation office's determination that the Defendant engaged in a pattern of activity involving prohibited sexual conduct at set forth in Section 4B1.5(b).

## ADVISORY OFFENSE LEVEL COMPUTATIONS

3.      The Defendant objects to the contents of Paragraph 19,  on Page 7 of the PSI Report.

1

4.     Without the inclusion of the enhancements found in Section 4B1.5(b), the Defendant's offense level would be 25, when combined with a criminal history category of Roman II would result in a guidelines range of imprisonment from 63-78 months.

5.     It is understood that Count 1 carries a mandatory minimum sentence of ten (10) years, therefore, the range of imprisonment resulting from a calculation of the guidelines would result in a range of sentence of 120 months.

## CONCLUSIONS

For the foregoing reasons, the Defendant respectfully requests that this Honorable Court consider his objections to the Pre-Sentence Investigation Report as raised herein.

Respectfully submitted,

_____

S/MICHAEL P. HANLE
Attorney for Defendant
1330 21st Way South, Suite 200
Birmingham, Alabama 35205
Telephone: (205) 930-9717
hanlelaw@bellsouth.net

CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Honorable Vincent Carroll                    Kimberlee Franklin
Assistant United States Attorney             United States Probation Office
1801 Fourth Avenue North                     1729 Fifth Avenue North, Room 200
Birmingham, Alabama 35203                    Birmingham, Alabama 35203

_____

s/Michael P. Hanle