CROB 12B
10/05

FILED
2017 May-31 AM 09:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **Name of Offender:** | Johnathan Phillip Perry |
| **Case Number:** | 2:06-CR-505-RDP-PWG |
| **Name of Sentencing Judicial Officer:** | Honorable R. David Proctor |
| **Date of Original Sentence:** | June 14, 2007 |
| **Date of Amended Sentence:** | May 12, 2017 |
| **Original Offense:** | **Count One:** 18 U.S.C. § 2422(b) - Use of a Computer and Interstate Telephone Calls to Knowingly Persuade, Induce, and Entice a Minor to Engage in Sexual Activity<br>**Count Two:** 18 U.S.C. § 2423(b) - Traveling in Interstate Commerce for Purpose of Engaging in Illicit Sexual Conduct with Another Person |
| **Original Sentence:** | **Custody:** 128 Months as to Counts 1 and 2, separately and concurrently<br>**Supervised Release:** 480 Months with Special Conditions |
| **Amended Sentence:** | **Custody:** 128 Months Custody as to Counts 1 and 2, separately and concurrently, to run concurrently with Jefferson County Circuit Court case number CC07-221, and his sentence shall commence on the date of imposition of his federal sentence, June 14, 2007<br>**Supervised Release:** 480 Months with Special Conditions |
| **Type of Supervision** | Supervised Release |
| **Date Supervision Commenced:** | May 15, 2017 |

### Petitioning the Court

☐ To extend the term of supervision for years, for a total term of years.

☑ To modify the conditions of supervision as follows:

PROB 12B
2  Request for Modifying the
Conditions or Terms of Supervision
with consent of the Offender

Name of Offender: Johnathan Phillip Perry    Case Number: 2:06-CR-505-RDP-PWG

**To add Special Conditions:**

9. The defendant shall participate in sex offender treatment as directed by the probation officer and submit to risk assessment, including physiological testing which may include polygraph examinations, psychological/psychiatric evaluations, and other assessments as deemed appropriate by the treatment provider. The defendant shall contribute to the cost of treatment in an amount to be determined by the probation officer.

10. The defendant shall not associate with children under the age of 18; nor frequent, volunteer, or work at places where children congregate (e.g. playgrounds, parks, malls, day-cares, or schools) unless approved by the Probation Officer. The defendant shall have no contact with victims.

11. The defendant shall not possess, view, or listen to, or go to locations where any form of sexually stimulating material or sexually oriented material is available. The Defendant shall not possess or use a device capable of creating pictures or videos.

12. The defendant shall not possess, or use a computer or any device with access to any "on-line computer service" at any location (including place of employment) without the prior written approval of the Probation Officer. This includes any Internet Service provider, bulletin board system or any other public or private network or email system.

13. The defendant shall not consume any alcoholic beverages.

## CAUSE

Special Conditions #9 through #13 have been added to address treatment needs and increase public safety based on Mr. Perry's criminal sexual history.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On:   May 25, 2017

/s
Ellen Fletcher
Senior U.S. Probation Officer
(205) 716-2935

PROB 12B                                      3                             Request for Modifying the Conditions or Terms of Supervision with consent of the Offender

**Name of Offender:** Johnathan Phillip Perry          Case Number: 2:06-CR-505-RDP-PWG

Approved By:      /s
Douglas Blair Gregory, Jr.
Supervising U.S. Probation Officer

**THE COURT ORDERS**

☐    No Action
☐    The Extension of Supervision as Noted Above
☒    The Modification of Conditions as Noted Above
☐    Other

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

May 31, 2017
Date: